PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00173-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO SET CHANGE OF PLEA HEARING AND TO VACATE TRIAL; ORDER |
| v. | |
| GABRIEL NUNEZ GOMEZ, | . |
| Defendant. | COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

1. The government, by and through United States Attorney Phillip A. Talbert and Assistant United States Attorney Kimberly A. Sanchez, and the defendant Gabriel Gomez, by and through his counsel of record, Eric Schweitzer, hereby stipulate as follows.

2. The parties are investigating information related to this case that the parties anticipate will likely result in a plea agreement.

3. The case is currently set for a jury trial on September 6, 2023.

4. The parties ask that the matter as to defendant Gabriel Gomez be set for a change of plea before the Honorable Jennifer L. Thurston on September 25, 2023, at 10:00 AM, and that the jury trial set for September 6, 2023 be vacated as to Mr. Gomez.

5. The proposed change of plea date represents the earliest date that all counsel are available, taking into account counsels' schedules, defense counsels' commitments to other clients, and

the court's available dates for a change of plea hearing.

   a) Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, including the opportunity to meet with his client and prepare for the change of plea hearing.

   b) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   c) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 16, 2023, to September 25, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section. Moreover, the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  (NOTE:  Time has already been excluded through the currently set trial date, September 6, 2023).

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

STIPULATION RE: VACATING TRIAL AND SETTING CHANGE OF PLEA

2

| | |
|---|---|
| Dated: August 16, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ Kimberly A. Sanchez<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney |
| Dated: August 16, 2023 | /s/Eric Schweitzer<br>Eric Schweitzer<br>Counsel for Defendant<br>GABRIEL GOMEZ |

**ORDER**

IT IS SO FOUND.
IT IS SO ORDERED.

Dated: August 16, 2023

*[Signature: Jennifer L. Thurston]*
HON. JENNIFER L. THURSTON
United States District Judge