PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00173-JLT-SKO |
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER |
| v. | |
| GABRIEL GOMEZ, | . |
| Defendant. | COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

1.      The government, by and through United States Attorney Phillip A. Talbert and Assistant United States Attorney Kimberly A. Sanchez, and the defendant Gabriel Gomez, by and through his counsel of record, Eric Schweitzer, hereby stipulate as follows.

2.      The parties are investigating information related to this case that the parties anticipate will likely result in a plea agreement.  There have been developments since the last date on which the parties filed a stipulation setting the plea that the parties need to further consider in finalizing a plea agreement.

3.      The case is currently set for a change of plea hearing on September 25, 2023.

4.      The parties ask that the change of plea hearing as to defendant Gabriel Gomez be continued to November 6, 2023, at 10:00 AM.

5.      The proposed change of plea date represents the earliest date that all counsel are

available, taking into account the time anticipated to be needed to finalize the plea agreement, counsels' schedules, defense counsels' commitments to other clients, and the court's available dates for a change of plea hearing.

a)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, including the opportunity to meet with his client and prepare for the change of plea hearing.

b)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

c)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 25, 2023, to November 6, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section. Moreover, the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

2

1    IT IS SO STIPULATED.

2

3    Dated:  September 20, 2023                    PHILLIP A. TALBERT
                                                   United States Attorney

4

5                                                  /s/ Kimberly A. Sanchez
                                                   KIMBERLY A. SANCHEZ
6                                                  Assistant United States Attorney

7

8    Dated:  September 20, 2023                    /s/Eric Schweitzer
                                                   Eric Schweitzer
9                                                  Counsel for Defendant
                                                   GABRIEL GOMEZ
10

11

12

13                               **ORDER**

14   IT IS SO FOUND.

15

16   IT IS SO ORDERED.

17   Dated:    **September 21, 2023**

18                                                  UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: VACATING TRIAL AND SETTING          3
CHANGE OF PLEA